```
                IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

PATRICIA MOORE,                        *

      Petitioner,                  *

vs.                                    *
                                                CASE NO. 4:90-CR-113(CDL)
UNITED STATES OF AMERICA               *

      Defendant.                   *

                                              *

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 19, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 15th day of March, 2006.


                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                                 UNITED STATES DISTRICT JUDGE